**Order entered September 24, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00634-CV

**TODD PRUETT, Appellant**

**V.**

**MICHAEL PITTMAN, M.D., Appellee**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-07463**

## ORDER

We **GRANT** appellant's September 18, 2013 motion to allow the filing of his amended brief. We **ORDER** the amended brief tendered to this Court by appellant on September 18, 2013 filed as of the date of this order.

/s/      DAVID LEWIS
JUSTICE